# FREAR STEPHEN SCHMID
ATTORNEY AT LAW

177 POST STREET, SUITE 890
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE (415) 788-5957
FACSIMILE (415) 788-5958



July 24, 2007

VIA E-FILE AND FACSIMILE
[Total of 1 Page]

Chief Magistrate Judge James Larson
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue, Courtroom F
San Francisco, CA 94102

    Re:    GEORGE G. GOULART v. COUNTY OF SONOMA, et al.
           United States District Court
           Action No.: C-07-0488-JL
           **REQUEST TO CONTINUE THE STATUS CONFERENCE**

Dear Judge Larson:

      The above-referenced matter has a case management conference scheduled for August 1, 2007, which was set by the court in the hopes that the planned intervening ENE would dispose of the case. Unfortunately, the ENE cannot proceed due to the recent death of plaintiff. At this juncture, I am trying to establish exactly what the probate status of Mr. George Goulart's estate will be, who will be the executor and how I am to proceed with this case. Accordingly, I would appreciate if the court were to reschedule the CMC in this matter until October of this year to allow me time to establish how this matter will proceed. In the meantime, I have also discussed settlement ideas with defense counsel which also may aid in the resolution of this matter.

      Thank you for your attention hereto.

      Very truly yours,

      *Frear Stephen Schmid*
      Frear Stephen Schmid

FSS:rc
cc:    Bonnie A. Freeman, Esq. (via e-mail, bfreeman@sennefflaw.com)
       Anne E. Keck, Esq. (via e-mail, akeck@sonoma-county.org)

**The status conference has been continued to October 10, 2007 at 10:30 a.m.**