COUNTY ADMINISTRATION
CENTER
575 ADMINISTRATION DRIVE,
ROOM 105A
SANTA ROSA, CALIFORNIA 95403

TELEPHONE: (707) 565-2421
FACSIMILE:  (707) 565-2624



ANNE L. KECK
DEPUTY COUNTY COUNSEL
AKECK@SONOMA-COUNTY.ORG

**OFFICE OF THE COUNTY COUNSEL**
STEVEN M. WOODSIDE
County Counsel

September 27, 2007



F I L E D

OCT 0 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*Via e-filing and facsimile*

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom F
San Francisco, CA 94102

      Re:   *George G. Goulart v. County of Sonoma, et al.*,
            Northern Dist. Case No. C-07-0488
            PARTIES' JOINT REQUEST TO CONTINUE STATUS CONFERENCE

Dear Judge Larson:

      Counsel for plaintiff, Frear Stephen Schmid, previously informed this Court by letter dated July 24, 2007, that the sole plaintiff in this case, George G. Goulart, passed away. Pursuant to Mr. Schmid's request, the Court continued the case management conference in this matter to its current date of October 10, 2007. Mr. Schmid informed the Court that such continuance was needed to permit him time to determine how this matter will proceed in light of plaintiff's death.

      Presently, Mr. Schmid has determined that there will not be a probate of Mr. Goulart's estate. According to his research, the possible successors in interest to Mr. Goulart's claims in this matter include his spouse and his two children. As yet, none of these possible successors in interest have stepped forward to substitute in this matter as a plaintiff.

      Under Federal Rules of Civil Procedure ("FRCP") Rule 25, Defendants the County of Sonoma and the Sonoma County Sheriff Bill Cogbill intend to file a Statement of the Fact of Death, and have it served pursuant to FRCP Rule 4 (in the manner of a summons) on the possible successors in interest. Mr. Schmid has agreed to attempt to obtain the names and addresses of such successors to permit Defendants to properly serve the Statement. If none of the possible successors file a motion to substitute in the case as plaintiffs within 90 days of the service of the Statement, then FRCP Rule 25 mandates dismissal of the case. (See *Barlow v. Ground*, 39 F.3d 231 (9th Cir. 1994).)

Hon. J. Larson
September 27, 2007
Page 2

    For these reasons, Mr. Schmid and I request that the Court continue the case management conference, currently set for October 10, 2007, at 10:30 a.m., for a period of at least 120 days to permit a successor in interest to move the court to substitute into the case as a plaintiff or for the case to be dismissed.

    We appreciate the Court's time and attention to this matter. Should the Court require additional information to consider this request, please let us know.

                              Very truly yours,

                              /s/Anne L. Keck

                              Anne L. Keck
                              Deputy County Counsel
                              Counsel for Defendants

I concur with the foregoing statements and request:

By: _____
      Frear Steven Schmid
      Former Counsel for Plaintiff

Hon. J. Larson
September 27, 2007
Page 2

  For these reasons, Mr. Schmid and I request that the Court continue the case management conference, currently set for October 10, 2007, at 10:30 a.m., for a period of at least 120 days to permit a successor in interest to move the court to substitute into the case as a plaintiff or for the case to be dismissed.

  We appreciate the Court's time and attention to this matter. Should the Court require additional information to consider this request, please let us know.

Very truly yours,

*[signature]*

Anne L. Keck
Deputy County Counsel
Counsel for Defendants

I concur with the foregoing statements and request:

By: _____
  Frear Steven Schmid
  Former Counsel for Plaintiff

09/27/2007  15:09   707-565-2624           SO CO COUNTY COUNSEL           PAGE  04/04

Hon. J. Larson
September 27, 2007
Page 2

    For these reasons, Mr. Schmid and I request that the Court continue the case management conference, currently set for October 10, 2007, at 10:30 a.m., for a period of at least 120 days to permit a successor in interest to move the court to substitute into the case as a plaintiff or for the case to be dismissed.

    We appreciate the Court's time and attention to this matter. Should the Court require additional information to consider this request, please let us know.

                                  Very truly yours,

                                  Anne L. Keck
                                  Deputy County Counsel
                                  Counsel for Defendants

I concur with the foregoing statements and request:

By: _____
    Frear Stephen Schmid
    Former Counsel for Plaintiff

**Case Management Conference is continued to February 20, 2008, 10:30 a.m.**

                                                  SO ORDERED

                                           _____
                                           JAMES LARSON
                                        U.S. CHIEF MAGISTRATE JUDGE