COUNTY ADMINISTRATION
CENTER
575 ADMINISTRATION DRIVE,
ROOM 105A
SANTA ROSA, CALIFORNIA 95403

TELEPHONE: (707) 565-2421
FACSIMILE: (707) 565-2624



ANNE L. KECK
DEPUTY COUNTY COUNSEL
AKECK@SONOMA-COUNTY.ORG

**OFFICE OF THE COUNTY COUNSEL**
STEVEN M. WOODSIDE
County Counsel

February 15, 2008

*Via e-filing and facsimile*

Chief Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom F
San Francisco, CA 94102

    Re:    *George G. Goulart v. County of Sonoma, et al.*,
              Northern Dist. Case No. C-07-0488,
              DEFENDANTS' REQUEST TO CONTINUE STATUS CONFERENCE
              CURRENTLY SET FOR FEBRUARY 20, 2008, 10:30 A.M.

Dear Judge Larson:

      I am counsel of record for Defendants the County of Sonoma and Sheriff Bill Cogbill in the above-referenced action. As previously reported to the Court via letter on July 24, 2007, the sole Plaintiff in this case, George G. Goulart, has passed away. Two previously-set case management conferences have been continued at the request of counsel for the parties: the current case management conference is currently set for February 20, 2008, at 10:30 a.m. As stated in the parties' joint letter dated September 27, 2007, the latter continuance was requested for the purpose of providing time for counsel for Plaintiff, Frear Stephen Schmid, to attempt to obtain the names and addresses of Plaintiffs' successors in interest, as well as to allow Defendants to serve on them a Statement of the Fact of Death in compliance with Federal Rule of Civil Procedure 25 ("Rule 25").

      During the intervening months, Mr. Schmid has repeatedly informed me that he intended to investigate and provide the names and addresses of Plaintiff's successors in interest to me, but that he simply had not yet been able to accomplish the task. Upon receipt of Plaintiff's Case Management Conference Statement filed today, I have learned for the first time that Mr. Schmid is not able to provide the information promised.

      Since notice to Plaintiff's successors in interest is a necessary precondition to dismissing the case under Rule 25, Defendants will now proceed to investigate their names and addresses on their own. Defendants request to be provided with an additional

Hon. J. Larson
February 15, 2008
Page 2

30 days to complete such investigation, 30 days in which to complete service of the Statement of the Fact of Death, and a further extension to account for the required 90-day period mandated by Rule 25.

For these reasons, I request that the Court continue the case management conference, currently set for February 20, 2008, at 10:30 a.m., for a period of at least 150 days to permit Defendants to comply with Rule 25 and a successor in interest to move the court to substitute into the case as a plaintiff or for the case to be dismissed.

I appreciate the Court's time and attention to this matter. Should the Court require additional information to consider this request, please let me know.

Very truly yours,

/s/Anne L. Keck

Anne L. Keck
Deputy County Counsel
Counsel for Defendants


cc: Frear Stephen Schmid
    Bonnie Freeman


CASE MANAGEMENT CONFERENCE IS CONTINUED TO JULY 23, 2008 @ 10:30 A.M.



IT IS SO ORDERED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA