STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Dr., Rm. 105
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

BONNIE FREEMAN #180502
SENNEFF, FREEMAN & BLUESTONE
Post Office Box 3729
Santa Rosa, CA 95402
Telephone: (707) 526-4250
Fax: (707)

Attorneys for Defendants
the County of Sonoma and
William Cogbill, Sheriff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GOULART, | No. C-07-0488-JL |
| Plaintiff, | [PROPOSED] ORDER DISMISSING CASE PURSUANT TO FRCP 25(a) |
| v. | |
| COUNTY OF SONOMA, BILL COGBILL, UNKNOWN SHERIFF DEPUTIES 1 to 10, | [NO HEARING REQUIRED] |
| Defendants. | |

Defendants the County of Sonoma and Sonoma County Sheriff William Cogbill, a.k.a. Bill Cogbill (collectively, "Defendants"), submitted a Request for Entry of Order Dismissing Case pursuant to the provisions of Federal Rule of Civil Procedure 25(a) ("Rule 25(a)"). No hearing upon such a request is required. Upon a review of the pleadings and papers filed herein, the Court makes the following findings: (a) the sole plaintiff in this action, George Goulart, passed away on or about July 7, 2007; (b) proper service of the Statement Noting Death of Plaintiff on all potential plaintiff successors-in-interest has been effectuated pursuant to the requirements of Federal Rule of Civil Procedure 25(a)(3) (or as otherwise waived); and (c) more than 90 days has passed since such service was effectuated without the

1

1  filing of a motion to substitute into this case as a party plaintiff by any person or entity.
2  Based on the foregoing, and with good cause appearing therefor,
3      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this case be
4  dismissed in its entirety, forthwith, pursuant to the provisions of Federal Rule of Civil
5  Procedure 25(a).
6  Dated: November 25, 2008      _____
7      Honorable James Larson
    United States District Court Magistrate Judge